**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:08CV88-C**

| | | |
|---|---|---|
| **ALKE B.V.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **L.B. WHITE COMPANY, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Application[s] for Admission ... Pro Hac Vice [for Andrew Kinder Beverina and Richard David Kelly" (documents ##10 and 11) filed May 6, 2008.  For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: May 6, 2008

_____

Carl Horn, III
United States Magistrate Judge